UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JANET HALPIN and SHAWN FAHEY, <br><br> Plaintiffs, <br><br> v. <br><br> KINDRED HEALTHCARE, INC.; REHABCARE GROUP, INC., d/b/a REHABCARE GROUP THERAPY SERVICES, INC.; REHABCARE GROUP EAST, INC.; and WINGATE HEALTHCARE, INC., <br><br> Defendants. | No. 1:11cv12139-RGS |

## ORDER OF DISMISSAL
## OF CLAIMS AGAINST DEFENDANT WINGATE HEALTHCARE, INC.

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States and relators Shawn Fahey and Janet Halpin ("Relators") filed a Stipulation of Dismissal as to Wingate Healthcare, Inc. ("Wingate") in the above-captioned action.

Consistent with, and subject to, the terms of the Settlement Agreement executed by the United States, Wingate, and the Relators, all claims asserted on behalf of the United States against Wingate in this action concerning the Covered Conduct as defined in the Settlement Agreement shall be dismissed with prejudice, and all remaining claims asserted against Wingate in this action shall be dismissed with prejudice to the Relators and without prejudice to the United States.

IT IS SO ORDERED this 1st day of February, 2016.

/s/ Richard G. Stearns
_____
RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE